# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM CHRISTOPHER KINSEY**                **PLAINTIFF**
**ADC #662045**

v.          No: 4:20-cv-01059-LPR-PSH

**TURN KEY MEDICAL**                       **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff William Christopher Kinsey, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on

September 2, 2020 (Doc. No. 2).[1] The Court issued an initial order for *pro se* prisoner plaintiffs on September 4, denying Kinsey's IFP application and directing him to return a completed IFP application or pay the $400 filing and administrative fees within 30 days (Doc. No. 3). On September 21, 2020, that initial order, which was mailed to Kinsey at his address of record, the Pulaski County Detention Facility, was returned to the Court as undeliverable (Doc. No. 4). The same day, the Court entered a text order directing Kinsey to provide notice of his current mailing address within thirty days. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. (Doc. No. 5). A printed version of the text order was sent to him at his address of record and at the Arkansas Department of Correction's Ouachita River Correctional Unit.[2] The text entry order sent to Kinsey's address of record, the Pulaski County Detention Facility, was returned to the Clerk as undeliverable (Doc. No. 7). The text entry order sent to the Ouachita River Correctional Unit was not returned.

More than 30 days have passed, and Kinsey has not complied or otherwise responded to the September 21, 2020 text order. Kinsey failed to notify the Clerk

---

[1] In its initial order to Kinsey, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified Kinsey that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 3.

[2] The Arkansas Department of Corrections' public webside indicated that Kinsey may be housed at the Ouachita River Correctional Unit.

and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Kinsey's complaint (Doc. No. 2) be dismissed without prejudice.

DATED this 13th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE