IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM CHRISTOPHER KINSEY                                              PLAINTIFF
ADC #662045

v.                         Case No: 4:20-cv-01059-LPR-PSH

TURN KEY MEDICAL                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff William Christopher Kinsey's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE